UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

WINDY LUCIUS,

Plaintiff,

v.                                                                                  Case No: 1:20-cv-20480-KMW/Torres

POLLO OPERATIONS, INC., d/b/a Pollo Tropical,

Defendant.

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff Windy Lucius ("Plaintiff") and Defendant Pollo Operations, Inc. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. A resolution of all matters in dispute among all Parties in this action has been made pursuant to a Confidential Settlement Agreement (the "Agreement").  The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise specified in the Agreement.  The Parties agree that the Court shall retain jurisdiction to enforce the terms of the Agreement.  All Parties consent to the form and content of this Joint Stipulation and the attached proposed Order of Dismissal *With Prejudice*.

Dated: April 29, 2020

Respectfully submitted,

By: __/s/ J. Courtney Cunningham___
J. Courtney Cunningham
Fla. Bar No. 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone: 305-351-2014
cc@cunninghampllc.com

*Counsel for Plaintiff*

By: */s/ Sandra J. Millor*_____
Sandra J. Millor
Florida Bar No. 13742
**AKERMAN LLP**
Three Brickell City Center
98 S.E. 7th Street, Suite 1100
Miami, Florida 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095
sandra.millor@akerman.com

*Counsel for Defendant*

52899163;1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

WINDY LUCIUS,

Plaintiff,

v.                                                          Case No: 1:20-cv-20480-KMW/Torres

POLLO OPERATIONS, INC., d/b/a Pollo Tropical,

Defendant.

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff Windy Lucius ("Plaintiff"), and Defendant Pollo Operations, Inc. ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;

2. The Court shall retain jurisdiction solely to enforce the Confidential Settlement Agreement entered into between the Parties;

3. The Clerk shall deny any pending Motions as moot; and

4. Each party shall bear its and his own attorneys' fees, expenses and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement and Mutual Release.

**DONE AND ORDERED** in Chambers in Miami, Florida this _____ day of _____ 2020.

_____
HONORABLE KATHERINE M. WILLIAMS
U.S. DISTRICT COURT JUDGE

Copies furnished to: All Counsel of Record